# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## SUPERIOR COURT
## CIVIL DOCKET SHEET

Case ID: PC-2007-3452 MICHAEL CAPARCO V MOMENTUM TRANSPORT

Filing Date: 07-09-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: CONTRACT DAMAGES
Status Date: 02-14-2008

Plaintiff: MICHAEL CAPARCO
ID: @10914886
Attorney: GIRARD VISCONTI

Plaintiff: PATRICIA CAPARCO
ID: @10914887
Attorney: GIRARD VISCONTI

Defendant: MOMENTUM TRANSPORT
ID: @10914888
Attorney: ROBERT DUFFY

Defendant: MAV TRANSPORT
ID: @10914889

### Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

### Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 10-16-2007 | MOTION TO DISMISS<br>CONTINUED FOR FURTHER HEARING | P CRT16 | HURST |
| 01-08-2008 | MOTION FOR SUMMARY JUDGMENT<br>DENIED | P CRT16 | HURST |
| 01-15-2008 | MOTION<br>JUDGMENT TO ENTER | P CRT15 | SAVAGE |

### Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

### Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 07-09-2007 | COMPLAINT FILED | |
| 07-09-2007 | INITIAL FILING FEE | |
| 07-09-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP252112. |
| 07-25-2007 | AFFIDAVIT OF COMPLIANCE | Affiliated: VISCONTI, GIRARD R |
| 09-05-2007 | DEFAULT ENTERED | AGISNT DEFT, FAILED TO PLEAD |
| 09-05-2007 | AFFIDAVIT FILED | REGARDING PROOF OF SERVICE |
| 10-16-2007 | CONTINUED FOR FURTHER HEARING | |
| 11-30-2007 | OBJECTION FILED | TO MOTION OF DEFT MEOMENTUM TRANSPORT TO DISMISS FOR LACK OF PERSONAL JURISDICTION<br>Affiliated: CAPARCO, MICHAEL |
| 12-05-2007 | JUDGMENT ENTERED | RUBINE , J - FOR THE PLTFS IN THE SUM OF $225,250.00 FOR COMPENSATORY DAMAGES, PLUS COSTS AND STATUTORY INTEREST |
| 12-31-2007 | FEE FOR EXECUTION | |
| 12-31-2007 | Payment Applied | A Payment of -$50.00 was made on receipt SCP263195. |
| 01-08-2008 | DENIED | |

A True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

CIVIL DOCKET SHEET

Case ID: PC-2007-3452 MICHAEL CAPARCO V MOMENTUM TRANSPORT

| | | |
|---|---|---|
| 01-16-2008 | JUDGMENT TO ENTER | |
| 01-17-2008 | JUDGMENT ENTERED | SAVAGE , J - ( AMENDED) JUDGMENT BY DEFT IS ENTERED FOR THE PLTFS MICHAEL AND PATRICIA CAPARCO ON THE PLTFS CLAIMS FOR BREACH OF CONTRACT AND NEGLIGENCE AGAISNT DEFT MAV TRANSPROT , IN THE AMOUNT OF $225,250.00 FOR COMPENSATORY DAMAGES, PLUS COSTS AND STATUTORY INTEREST. THERE IS NO JUST REASON FOR DELAY ALL THE ENTRY OF JUDGMENT AGAINST DEFT MAV TRASPORT MAY ENTER UNDER RULE 54 (B) |
| 01-17-2008 | JUDGMENT ENTERED DURING DISCOV | |
| 01-18-2008 | ORDER ENTERED MOTION DISMISSED | DENIED-HURST,J<br>Affiliated: MOMENTUM TRANSPORT |
| 01-30-2008 | ENTRY OF APPEARANCE | Affiliated: DUFFY, ROBERT M |
| 02-04-2008 | ORDER, MOT TO ISSUE EXECUTION | AGAINST DEFT MEMENTUM TRANSPORT IN THE AMOUNT OF $250,323.50<br>Affiliated: CAPARCO, MICHAEL |
| 02-05-2008 | STIPULA FILED,EXTEN OF TIME | DEFT HAS UNTIL 2-15-08 TO ANSWER |
| 02-14-2008 | NOTICE | OF FILING OF REMOVAL OF ACTION |
| 02-14-2008 | NOTICE OF REMOVAL | CA 08 50S |
| 02-14-2008 | CASE REMVD TO US DISTRICT CT | CA 08 50S |
| 02-14-2008 | OTH DOC FILED DURING DISCOV | |

:rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence. Rhode Island