**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MICHAEL CAPARCO AND PATRICIA CAPARCO** | : | |
| | : | |
| **V.** | : | **C.A. No. 08-50-S** |
| | : | |
| **MOMENTUM TRANSPORT AND MAV TRANSPORT** | : | |

## MOTION TO REMAND

NOW COME the Plaintiffs, Michael Caparco and Patricia Caparco (hereinafter "Caparcos" or "Plaintiffs"), and hereby move to remand the above-captioned case pursuant to 28 U.S.C. § 1447(c). Section 1446(b) of Title 28 of the United States Code provides that notice of removal must be filed within thirty (30) days of receipt by the defendant of any paper which made it ascertainable that the case was removable. Plaintiffs aver that the defendant, Momentum Transport ("Momentum"), was able to reasonably and intelligibly ascertain that the instant case was removal on or about November 30, 2007. Therefore, Momentum's notice of removal, dated February 14, 2008, is untimely.

As a result, Plaintiff's respectfully request that this Honorable Court enter an Order granting their motion to remand. In further support thereof, Plaintiffs refer the Court to the attached Memorandum, Exhibits, and Affidavit.

Respectfully Submitted,
Plaintiffs,
Michael Caparco and Patricia Caparco
By their Attorneys,

/s/Girard R. Visconti, Esq.

***Visconti & Boren, Ltd.***
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 *Telephone*
(401) 421-9302
grv@viscontilaw.com

/s/ David L. Fine, Esq.
***Visconti & Boren, Ltd.***
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 *Telephone*
(401) 421-9302
dlf@viscontilaw.com

## CERTIFICATION

The undersigned hereby certifies that this document has been filed electronically on this 25th day of February, 2008 and is available for viewing and downloading to the ECF registered counsel of record.

Robert M. Duffy
rduffy@duffysweeney.com

Bryon Lee McMasters
bmcmasters@duffysweeney.com

/s/ David L. Fine, Esq.
***Visconti & Boren, Ltd.***
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 *Telephone*
(401) 421-9302
dlf@viscontilaw.com