**STATE OF RHODE ISLAND**
**PROVIDENCE, SC.**

**SUPERIOR COURT**

EXHIBIT A

**MICHAEL CAPARCO AND PATRICIA CAPARCO** :

**v.** : **C.A. No. PC 07-3452**

**MOMENTUM TRANSPORT AND MAV TRANSPORT** :

**JUDGMENT**

This matter came on for hearing on November 30, 2007 before the Honorable Justice Allen P. Rubine on the plaintiffs' motion for oral proof of claim and for judgment by default pursuant to rule 55(b)(2) of the Superior Court Rules of Civil Procedure. The issues having been heard and a decision having been duly rendered, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

That judgment by default is entered for the plaintiffs, Michael and Patricia Caparco, on the plaintiffs' claims for breach of contract and negligence against the defendant, MAV Transport, in the amount of $225,250.00 for compensatory damages, plus costs and statutory interest.

**ENTERED:**

________________
**Justice of the Superior Court**

**Dated:** 12/5/07

**PER ORDER:**

Kathleen F Madrid
**Clerk of the Superior Court**

True Copy Attest

Presented by:

David L. Fine, Esq. (#7368)
o/b/o Girard R. Visconti, Esq. (#0566)
Attorneys for Plaintiff
***Visconti & Boren Ltd.***
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 (Telephone)
(401) 421-9302 (Facsimile)

SUPERIOR COURT
FILED
HENRY S. KINCH, JR
07 DEC -3 AM 11:43

**CERTIFICATION**

I hereby certify that on the 30th day of November, 2007, I mailed a copy of the within document to the following:

Michael Valenti
MAV Transport
3240 HWY 30
Cado Mills, TX 75135

Kevin T. Kavanagh, Esq.
Wilson, Elser, Moskowitz,
Edelman & Dicker LLP
Independence Square West
The Curtis Center, Suite 1130
East Philadelphia, PA 19106-3308

Brian D. Gross, Esq.
Joseph F. Comenzo, Esq.
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110-3536