STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

EXHIBIT B

MICHAEL CAPARCO AND
PATRICIA CAPARCO

v.

MOMENTUM TRANSPORT AND
MAV TRANSPORT

C.A. No. PC 07-3452

**AMENDED JUDGMENT** 54(b)

This matter came on for hearing on January 15, 2007 before the Honorable Justice Savage on the plaintiffs' motion for entry of judgment by default pursuant to Rule 55(b)(2) as well as for Rule 54(b) findings. The issues having been heard and a decision having been duly rendered, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. That judgment by default is entered for the plaintiffs, Michael and Patricia Caparco, on the plaintiffs' claims for breach of contract and negligence against the defendant, MAV Transport, in the amount of $225,250.00 for compensatory damages, plus costs and statutory interest; and
2. That there is no just reason for delay and the entry of judgment against the defendant, MAV Transport may enter under Rule 54(b). [signature] 1.17.08

**ENTERED:**

[signature]
**Justice of the Superior Court**

**Dated:** 1.17.08

**PER ORDER:**

[signature]
**Clerk of the Superior Court** Deputy

Presented by: [signature]

David L. Fine, Esq. (#7368)
o/b/o Girard R. Visconti, Esq. (#0566)
Attorneys for Plaintiff
***Visconti & Boren Ltd.***
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 (Telephone)
(401) 421-9302 (Facsimile)

SUPERIOR COURT
FILED
HENRY S. KINCH
08 JAN 17 PM 12: 50

**CERTIFICATION**

I hereby certify that on the 16th day of January, 2008, I mailed a copy of the within document to the following:

Michael Valenti
MAV Transport
2683 N. State Highway 34
Kaufman, TX 75142-5541

Kevin T. Kavanagh, Esq.
Wilson, Elser, Moskowitz,
Edelman & Dicker LLP
Independence Square West
The Curtis Center, Suite 1130
East Philadelphia, PA 19106-3308

Brian D. Gross, Esq.
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110-3536