UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL CAPARCO AND PATRICIA CAPARCO | : | |
| v. | : | C.A. No. 08-50-S |
| MOMENTUM TRANSPORT AND MAV TRANSPORT | : | |

**AFFIDAVIT OF DAVID L. FINE, ESQ.**

I, David L. Fine, after being duly sworn upon oath depose and say as follows:

1. That I am an associate at the firm of Visconti & Boren and has been a member of good standing with the Rhode Island Bar since 2005;

2. That I, along with Girard R. Visconti, Esq., member of Visconti & Boren, Ltd., are counsel of record on behalf of Michael Caparco and Patricia Caparco relative to the above-captioned case;

3. That, on November 30, 2007, I appeared on the Providence County Superior Court Formal and Special Cause Calendar before Mr. Justice Allen P. Rubine, on a motion for oral proof of claim relative to entry of default judgment against the defendant, MAV Transport;

4. That, following the hearing referenced in the previous paragraph, I was approached by Sarah M. Knoff, Esq., who represented to me that she was an attorney representing the defendant, Momentum Transport, and that she was present in the courtroom on that day to oversee the hearing; and

5. That this Affidavit is being offered to the best of my knowledge, information and belief.

David L. Fine, Esq.

Subscribed and sworn to before me this 25th day of February, 2008.

Notary Public
My Commission Expires: 10-6-2010