(Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

MICHAEL CAPARCO and
PATRICIA CAPARCO

SUMMONS IN A CIVIL CASE

V.

MOMENTUM TRANSPORT and
MAV TRANSPORT

CASE NUMBER: 08-50S

TO: (Name and address of Defendant)

MAV TRANSPORT, INC.
c/o Michael Valenti
3240 Highway 30
Cado Mills, TX 75135

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert M. Duffy, Esq.
Byron L. McMasters, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Building, Suite 1200
Providence, RI 02903
Tel: (401) 455-0700
Fax: (401) 455-0701

ınswer to the complaint which is served on you with this summons, within 20 days after service his summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the ırk of this Court within a reasonable period of time after service.

ERK

DATE 2/19/08

Wendy Gil

r) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE February 22, 2008 |
| NAME OF SERVER *(PRINT)* Byron L. McMasters | TITLE Attorney for Defendant Momentum Transport |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☒ Other *(specify)*: Certified Mail, Return Receipt Requested #7003 1010 0001 7636 4715 Addressed to Defendant MAV Transport (Michael Valenti) Signed Receipt on 02-22-08'
2683 State Highway 34
Kaufman, TX 75142-5541

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 28, 2008
*Date*

[signature]
*Signature of Server*

Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MICHAEL VALENTI
MAV TRANSPORT
2683 STATE HIGHWAY 34
KAUFMAN, TX 75142-5541

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) Milo Valenti

C. Date of Delivery 2-22-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7003 1010 0001 7636 4715

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

22 FEB 2008 PM 6 T

• Sender: Please print your name, address, and ZIP+4 in this box •

BYRON L. MCMASTERS, ESQ.

DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903

Re: Momentum/Caparco

212

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.94 |

Postmark Here: PROVIDENCE RI ANNEX STA FEB 20 2008 02903

7003 1010 0001 7636 4715

Sent To Michael Valenti, MAV Transport
Street, Apt. No.; or PO Box No. 2683 State Highway 34
City, State, ZIP+4 Kaufman, TX 75142-5541

PS Form 3800, June 2002 See Reverse for Instructions