**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
MAR 13 2008
Property of U.S. District Court
District of Rhode Island

**MICHAEL CAPARCO AND PATRICIA CAPARCO** :

**V.** : **C.A. No. 08-50**

**MOMENTUM TRANSPORT AND MAV TRANSPORT** :

**ORDER**

WHEREAS, Plaintiffs filed a Motion to Remand on or about February 25, 2008; and

WHEREAS, Defendant, Momentum Transport, has agreed to remand the case to the Rhode Island Superior Court;

It is hereby

ORDERED, ADJUDGED AND DECREED:

That Plaintiffs' Motion to Remand is hereby granted.

ENTER:

WESM
Judge of the United States District Court
Dated: 3/13/08

BY ORDER:

Clerk of the United States District Court

PRESENTED BY:
/s/Girard R. Visconti, Esq.
Girard R. Visconti, Esq. (#0566)
grv@viscontilaw.com

/s/ David L. Fine, Esq.
David L. Fine, Esq. (#7368)
dlf@viscontilaw.com
Visconti & Boren Ltd.
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 (Telephone)
(401) 421-9302 (Facsimile)

PRESENTED BY:
/s/Robert M. Duffy, Esq.
Robert M. Duffy, Esq.
rduffy@duffysweeney.com

/s/Bryon Lee McMasters, Esq.
Byron Lee McMasters, Esq.
bmcmasters@duffysweeney.com
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700 (Telephone)
(401) 455-0701 (Facsimile)